December 20, 2022

Eric M. Selig
Office of Public Defender
1010 Market Street Ste 200
St. Louis, MO. 63101

RECEIVED DEC 22 2022 U.S. DISTRICT COURT EASTERN DISTRICT OF MO ST. LOUIS

4:22cr568 AGF

## Termination of Legal Council

Dear Mr. Eric M. Selig,

I have decided to terminate our current legal relationship immediately and have accepted legal Assistants elsewhere.

I am terminating this relationship because I am representing myself suijuris. I expect reasonable communication and sound, legal and lawful advice and do not believe I have received either.

Please do not take any further action on my behalf.

I request that you send a certified copy of my whole case file immediately to the address below so that I may share this with my newly obtained legal and lawful person assistanting me on my case.

Tevin Damyron Brown
c/o 4250 miami Apt # 2B
Saint Louis, missouri : State Republic [63116]
Non-Domestic
(314)-934-8854

*Tevin Damyron Brown*
Tevin Damyron Brown, Sui Juris

STATE OF MISSOURI
CITY OF SAINT LOUIS

Before me personally appeared Tevin Damyron Brown who being Affirmed and identified with missouri law, did execute the foregoing in my presence this ___21___ day of December 2022.

_____
Notary Public

STEFAN C. WEST
Notary Public - Notary Seal
STATE OF MISSOURI
Comm. Number 16804409
City of St. Louis
My Commission Expires: Aug. 18, 2024

My Commission Expires:
August 18 2024

## DURABLE POWER OF ATTORNEY
## WITH GENERAL POWERS FOR ALL PURPOSES

KNOW ALL PERSONS BY THESE PRESENTS THAT:

I, Tevin Damyron Brown In Care resident of the City of St. Louis, State of Missouri, make, constitute and appoint, Ricardo Orlandis Elliott, In Care resident of the City of St. Louis, State of Missouri, My true and lawful ATTORNEY-IN-FACT UNDER the DURABLE POWER OF ATTORNEY LAW OF MISSOURI to act for me and in my name, place and stead as my agent WITH GENERAL POWERS AND AUTHORITY IN ALL PARTICULARS FOR ALL PURPOSES, including, without limitation, the following purposes:

1. To manage my business, property, investments, financial and tax affairs;
2. To arrange for my support, comfort, housing and welfare; and the support; education, comfort and welfare of my spouse and lineal descendants and those persons who I may be supporting at the time I become disabled and not able to manage my affairs;
3. To authorize and arrange for my personal care and medical treatment;
4. To make inter vivos and at death gifts of my property to my spouse and lineal descendant; to make contributions to religious, charitable and educational organizations and to make contributions to political candidates and organizations;

And in connection therewith to exercise general powers to do the following:

1. **Financial Institutions:** To open and close accounts in any financial institutions; to endorse and write checks; to make deposits; to withdraw funds from all accounts and certificates of deposit; to have unlimited access as my deputy to any safety deposit box; and to arrange for any loan, credit card, custodial, trust or other service form a financial institution.

2. **Brokers and Transfer Agents:** To manage my investments in securities; to open and close brokerage accounts; to buy and sell securities, mutual funds, commodities, foreign exchange, put and call options, long, short or on margin; to assign and deliver security certificates; and to deal with any dividend reinvestment, checking or credit card account.

3. **Insurance:** To act as my agent in all matters involving insurance, including Medicare and medical, hospitalization, liability, casualty or life insurance policies, annuity contracts and other insurance industry services; and pay premiums, file claims and make proof of loss.

4. **Real Estate:** To rent, buy, maintain, manage, sell and lease interest in real estate.

5. **Personal Property:** To rent, buy, maintain, store, sell lease and dispose of all types of tangible personal property, including motor vehicles and vessels; to provide for the inspections and licensing thereof; and to assign certificates of title or ownership therefore.

6. **Loans:** To borrow money in my name and give security interest in any real or personal property, securities or financial account; and to arrange for credit cards.

7. **Mail and Transportation:** To receive registered, certified and insured mail, packages and communications; and to arrange for shipment of my household goods and property.

8. **Voting Rights:** To exercise voting rights and execute proxies respecting securities or membership in any condominium, tenant or subdivision association, savings and loan association, credit union, mutual insurance company, cooperative or other organization.

9. **Services:** To contract for assistance in legal, tax, bookkeeping and investment matters; to obtain services to manage and maintain real or personal property; arid to obtain housekeeping, nursing, custodial care and other personal services.

10. **Medical and health Care Services:** To obtain and discontinue medical services from health care providers, including examination, x-ray, laboratory work, diagnosis, medication, surgery, hospitalization, convalescence and physical therapy; to obtain dental, vision and prosthetic devices; to consent, withhold consent or withdraw consent to any medical treatment recommendation; to receive reports and information respecting my physical and mental condition or treatment; to authorize and autopsy; and to make anatomical gifts of my body parts. To withhold feeding and hydration, meaning to withhold food and water from me, once it is determined by one doctor that I am incapable of making such decisions on my own. I request that my ATTORNEY -IN -FACT withhold feeding and hydration if:

   A) I am in a terminal condition;

   B) I am in a condition diagnosed as a coma or persistent vegetative state which is concluded to be irreversible; or to the best medical degree of certainty to my attending physician or consulting physician, to be irreversible; or

      C)    I have substantial brain damage or brain disease, which cannot be significantly reversed.

11. **Lawsuits and Claims**: To initiate, defend and settle claims and lawsuits, including tax cases, prior to suit being filed or after litigation has commenced, including arbitration or other alternative disputes resolution proceedings; and to give releases from liability.

12. **Fiduciaries:** To have priority to be appointed my guardian or conservator; and to exercise any right I have to designate initial, successor or substitute guardians, conservators, trustees and custodians; to remove a trustee or custodian; or to amend the administrative provisions of any trust or custodial agreement that I may amend.

13. **Taxes**: To file any tax rendition, return, protest or claim for refund; to handle any notice of tax deficiency or audit and to agree to settlement; to make any election on my behalf in connection with any tax matter; to receive confidential information from any taxing authority; and to represent me before the Internal Revenue Service.

14. **Government Benefit:** To apply for any government insurance, welfare, Social Security, Medicare, civil service, military, forestry, agricultural or other benefit, pension, loan, grant or subside; to receive personal, confidential and medical information form any state or "federal agency; and to sign any receipts, program agreements or documents.

15. **Estate and Tax Planning and Gives:** To establish, change or revoke survivorship rights in property or accounts and registrations in beneficiary form;
to establish ownership of property of accounts in may name with others in joint tenancy with right of survivorship and to exercise any right I have in joint property; to exercise or decline to exercise any power given to me to appoint property; to my lineal descendants, including my Attorney-in Fact, in amounts that are equal by line or class and in an amount for any person that does not exceed in any year the annual gift tax exclusion; to make contributions to my Church and to other religious, charitable and educational organizations; and to make contributions to political organizations and candidates.

16. **Trust and Custodianships:** To transfer and deliver any money or property of mine to an inter vivos trust created by me, to a trust established for me, or to may Attorney-in-Fact or another person to hold for me a beneficiary under the Missouri Personal Custodian Law. To create an inter vivos trust for me, to assist in saving the Probate costs, as long as such inter vivos trust does not alter my estate distribution plan.

17. **Successor Attorney-in-Fact:** In the event _____ shall not act as Attorney-in-Fact, I appoint in their place or as a successor, and authorize them to act jointly or individually. I do further authorize my Attorney-in-Fact to appoint a successor; and from time to time to delegate any powers and authorities under this Durable Power of Attorney. In the event shall become the Attorney-in-Fact or successor Attorney-in-Fact under this Durable Power of Attorney, they or she shall evidence her or his acceptance of this appointment in writing.

18. **Third Party Protection:** My Attorney-in-Fact acts in a fiduciary capacity and third parties who contract with, rely on, act at the request of or otherwise deal with may Attorney-in-Fact shall have all the protections provided to third parties in the Uniform Health Care Consent Law and Uniform Multiple Persons Accounts Act as published by the National Conference of Commissioners on Uniform State Laws, and the Missouri Non-Probate Transfers Law, Missouri Durable Power of Attorney Law and Missouri Personal Custodian Law, all and binding as between myself, my heirs and estate, and third parties who have not received actual notice of its modification, termination or my death. I agree to be bound by all my Attorney-in-Fact shall do and for myself, my heirs and estate, I will defend and indemnify third parties from all claims that arise by reason of reliance on this Durable Power of Attorney. In no event shall third parties have any duty to inquire in or question the propriety of any act of my Attorney-in-Fact.

A certified true copy of this Durable Power of Attorney is sufficient evidence of the Authority herein granted.

**GIVING AND GRANTING, unto my Attorney-in-Fact general powers and authority to execute all documents, contracts and deeds; and to do and perform any and every act and thing whatsoever requisite, necessary or convenient to be done in and about the premises as full and effectually, and to all intents and purposes, as I might or could do or cause to be done in my own person if personally acting. I hereby ratify and confirm all that my attorney shall do or cause to be done by virtue of this Durable Power of Attorney; and the acts of my attorney shall be binding on my self, my heirs and estate.**

SUBJECT TO an initial letter of instruction and understanding of even date between me and my Attorney-in-Fact. These instructions impose no responsibility on third parties.

THIS IS A DURABLE POWER OF ATTORNEY WITH THE GENERAL POWERS FOR ALL PURPOSES AND THE AUTHORITY OF MY ATTORNEY IN FACT SHALL NOT TERMINATE ON MY BECOMING DISABLED OR INCAPACITATED.

_____
PRINCIPAL

State of Missouri)
City of St. Louis)

On this day, December 21 2022 before me personally appeared personally known to me to be the person who executed the foregoing Durable Power of Attorney as principal and acknowledged to me that she executed the foregoing instrument as his free act and deed for the purposes therein stated; and at the time of this acknowledgement he appeared mentally alert and of full mental capacity.

IN TESTIMONY WHEREOF, I have subscribed my name and affixed my official seal in the City and State aforesaid, on the day and year above written.

STEFAN C. WEST
Notary Public - Notary Seal
STATE OF MISSOURI
Comm. Number 16804409
City of St. Louis
My Commission Expires: Aug. 18, 2024

_____
NOTARY PUBLIC

My Commission expires:
August 18 2024