RECEIVED
JAN 10 2023
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Tevin Damyron Brown, Suijuris
c/o 4250 Miami Apt B
Saint Louis Missouri State Republic [63116]
Non- Domestic
(314) 934-8854
Ricardo Orlandis Elliott, Power of Attorney
c/o 7457 Calvin Avenue
Saint Louis Missouri State Republic [63136]
Non Domestic
(314) 498-7894
Non- Corporate Entity
    Plaintiff,

Case# 4:22CR568AGFDDN
U.S. Magistrate Judge NANNETTA A. BAKER
January 6, 2023

Vs.
UNITED STATES OF AMERICA
U.S. MAGISTRATE JUDGE
NANNETTA A. BAKER
III SOUTH 10TH STREET
SAINT LOUIS MISSOURI 63102
(314) 539-7305
ASSISTANT UNITED STATES ATTORNEY
HAUMAN WADALA WALA # 65252 MO
III SOUTH 10TH STREET #20.333
SAINT LOUIS MISSOURI 63102
(314)539-2200
FICTITIOUS FOREIGN STATE
    Defendants,

## AFFIDAVIT OF FACT CRIMINAL COMPLAINT
## HABEAS CORPUS
## DECLARATION FACTUAL INNOCENCE

AVERMENT OF JURISDICTION AND VENUE, LACK OF JURISDICTION TO PROCECUTE UNDER TITLE 18 CRIMES, FOR THE RECORD, TO BE READ INTO THE RECORD

I am Petitioner – Tevin Damyron Brown before this court by special appearance without waving any Rights Remedies or Defenses, Statutory or Procedural.

This is a Formal Request and Demand for UNITED STATES OF AMERICA, U.S DISTRICT COURT JUDGE NANNETTA A. BAKER and U.S ASSISTANT ATTORNEY HAUMAN WADALA WALA # 65252MO to produce for the record, the physical documented certified copy "Delegation of Authority Order" as Proof of Jurisdiction and Venue as required by law per Article III, section 1 of the United States Constitution. I Request and Demand U.S DISTRICT COURT JUDGE NANNETTA A. BAKER and U.S ASSISTANT ATTORNEY HAUMAN WADALA WALA #65252MO to produce for the record a certified copy probable cause to have Petitioner Tevin Damyron Brown Detained. I Request and Demand U.S DISTRICT COURT JUDGE NANNETTA A. BAKER U.S ASSISTANT ATTORNEY HAUMAN WADALA WALA #65252MO to produce for the record the certified copy of the Affidavit of Fact signed by an injured party under penalty and Perjury, with a complaint, signed by a judge. I Request and Demand U.S DISTRICT COURT JUDGE NANNETTA A. BAKER and U.S ASSISTANT ATTORNEY HAUMAN WADALA WALA #65252MO to produce for the record a certified copy of the Arrest Warrant with the Affidavit of Fact signed by an injured party under Penalty and Perjury, with a complaint, signed by a judge. I Request and Demand U.S DISTRICT COURT JUDGE NANNETTA A. BAKER AND U.S ASSISTANT ATTORNEY HAUMAN WADALA WALA # 65252MO to produce for the record a certified copy of their oath of office and bonds. I request and demand U.S District Court Judge NANNETTA A. BAKER AND U. S ASSISTANT ATTORNEY HAUMAN WADALA WALA #65252MO to produce for the record a certified copy of the Fair Warning Doctrine Notice.

## Conclusion

Under title 18 United States Crimes for lack of Jurisdiction to Prosecute, Bond V. United States: the Supreme Court rule that Bond had "Standing to challenge a federal statute on grounds that the measure interferes with the powers reserved to states "Pg 3-14. Anything in repugnance to the Constitution is invalid or unlawful. Without the Validity of title 18 U.S.C 3231 a federal court must revert to powers of the federal courts back to the States. The Bond ruling provides standing for anyone to challenge it U.S.C Section 3231 and any crimes that could have been, tried by the state where you could have received less time (in many cases the state decided not to prosecute at all. See U.S V. Sharpnack, 355 US 286 (1957). Under the Fair Warning Doctrine, to prosecute someone under a prior statute a person must be given warning under that statute. Therefore, no possible prosecution exist under title 21, title 26, or under any title 18 charge other than those listed in the 1909 act but prior notice is required. Petitioner Tevin Damyron Brown had a state charge that was dismissed, and about 6 to 8 months later- the Federal Government picked up my charge from the state and charged petitioner with a Federal charge under title 18 U.S.C 922 (g) (1) and title 18 U. S.C. 924 (a) (2) without giving Petitioner Tevin Damyron Brown Fair Warning Doctrine Notice, before prosecuting Petitioner Tevin Damyron Brown under a prior statute. Title 18 U.S.C 922 (g) (1) and title 18 U. S.C. 924 (a) (2) repugnance to the Constitution and is invalid or unlawful and it lacks Subject Matter Jurisdiction to prosecute Petitioner Tevin Damyron Brown under any statute without a fair Warning Doctrine Notice.

WHEREFORE Petitioner Tevin Damyron Brown must be granted Affidavit of Fact Habeas Corpus Relief for Declaration Actual Innocence from title 18 U.S.C 922 (g) (1) and title 18 U. S. C 924(a) (2) Felon in Possession of a Firearm, for lack of "Delegation of Authority Order" as Proof of Subject Matter Jurisdiction and Improper Venue, Lack of Probable cause, Lack of Arrest Warrant, Complaint, Affidavit of Fact signed by an injured party under Penalty and Perjury, signed certified by a judge, Lack of Fair

Warning Doctrine Notice and lack of U.S DISTRICT COURT JUDGE NANNETTA A. BAKER and U.S ASSISTANT ATTORNEY HAUMAN WADALA WALA #65252MO CERTIFIED COPY OF THEIR OATH OF OFFICE and BOND. Petitioner Tevin Damyron Brown must be granted his Federal criminal charges dismissed and criminal record to be expunged, and for the UNITED STATES OF AMERICA to grant Twenty Five Hundred dollars for legal and court fees to Power of Attorney Ricardo Elliott.

_Ricardo Orlando Elliott_
Power of Attorney

_Tevin Damyron Brown_
Tevin Damyron Brown, Petitioner, Suijuris National American
c/o 4250 Miami Apartment 2B
Saint Louis Missouri State Republic [63116]
Non – Domestic
(314) 934-8854

STATE OF MISSOURI
CITY OF SAINT LOUIS

Before me personal appeared Tevin Damyron Brown who, being Affirmed and identified with Missouri law, did execute the foregoing in my presence this ____8____ day of __January__, 2023

_[signature]_
Notary Public

STEFAN C. WEST
Notary Public - Notary Seal
STATE OF MISSOURI
Comm. Number 16804409
City of St. Louis
My Commission Expires: Aug. 18, 2024

My Commission Expires: Aug 18 2024

Tevin Damyron Brown
c/o 4250 Miami Apartment 2B
Saint Louis Missouri State Republic [63116]
(314) 934-8854

Ricardo Orlandis Elliott, Power of Attorney
c/o 7457 Calvin Avenue
Saint Louis Missouri State Republic [63136]

**RECEIVED**

JAN 1 0 2023

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT OF EASTERN
DISTRICT OF MISSOURI

| | |
|---|---|
| Tevin Damyron Brown, Sujuris | Case NO: 4:22CR568AGFDDN |
| Ricardo Orlandis Elliott, Power of Attorney | U.S Magistrate JUDGE |
| Non- Corporate Entity | NANNETTA A. BAKER |
| Petitioner, | January 6, 2023 |
| Vs. | |

UNITED STATES OF AMERICA
U.S DISTRICT JUDGE
NANNETTA A. BAKER
U.S ASSISTANT ATTORNEY
HAUMAN WADALA WALA # 65252MO
FICTITIOUS FOREIGN STATE
        Respondents

AFFIDAVIT OF FACT TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION AND IMPROPER
VENUE, AND VOID - FOR- VAGUENESS DOCTRINE

I am petitioner Tevin Damyron Brown before this court by special appearance without waving any Rights Remedies or Defenses, Statutory or Procedural.

Pursuant to 41 Rule. Petitioner hereby moves the court to dismiss Respondents Complaint with prejudice. The bases for this Affidavit of Fact are set forth in Affidavit of Fact Habeas Corpus Declaration Actual Innocence and accompanying Memorandum. Tevin Damyron Brown had a

city state case that was dismissed and the Federal Government picked up petitioner state case and tried me under Federal statute title 18 U.S.C. 922 (g) (1) and title 18 U. S. C. 924 (a) (2) felon passion of a firearm. The Federal Government never sent Petitioner Tevin Damyron Brown a fair Warning Doctrine Notice concerning title 18 U. S. C. 922 (g) (1) and title 18 U. S. C. 924 (a) (2), so the federal courts have no Subject Matter Jurisdiction and Venue over petitioner Tevin Damyron Brown. Petitioner Tevin Damyron Brown Request and Demand that this case be dismissed and expunged for Lack of "Delegation of Authority Order" as proof of Subject Matter Jurisdiction and Venue as required by law per Article III, section 1 of the United States Constitution. Under the Fair Warning Doctrine Notice to prosecute a person under a statue, you must be giving a warning under that statute. The Federal Government lacked subject matter jurisdiction, because petitioner was never warned under title 18 U.S.C. (g) (1) and title 18 U. S. C. 924 (a) (2) So, title 18 U.S.C. (g) (1) and title 18 U. S. C. 924 (a) (2) violates petitioner Tevin Damyron Brwon due process clauses of the Fifth and Fourteenth Amendments of the U.S Constitution and its void for Vagueness. The Federal Government lacked improper Venue, because petitioner Tevin Damyron Brown state charge was dismissed and there's nothing on the court records that petitioner Tevin Damyron Brown committed a crime on federal property. The Supreme Court Rule June 16, 2011. In Bond V. United States: No. 09-1227, that Bond had standing to challenge a federal statute on grounds that the measure interferes with the powers reserved to "state" pg. 3-14 "Anything in repugnance to the Constitution is invalid or unlawful."

WHEREFOR Petitioner Tevin Damyron Brown Request and Demand that his Affidavit of Fact Habeas Corpus Declaration Actual Innocence relief must be granted for lack of Fair Warning Doctrine Notice, Lack of Delegation or Authority Order" as proof of Subject Matter Jurisdiction and Improper Venue. Petitioner Tevin Damyron Brown Requested and Demand to Dismiss Assistant Attorney HAUMAN WADALA WALA #65252MO criminal Complaint with prejudice expunge petitioner Tevin Damyron Brown Federal Criminal record, and grant Twenty Five Hundred dollars in legal fees to Ricardo Orlandis Elliott

*Tevin Damyron Brown*
Tevin Damyron Brown, Plaintiff, Suijuris National American

(CERTIFICATE OF SERVICES)

UNDER PENALTY OF PERJURY I CERTIFY that a copy of the foregoing was provided by certified mail to UNITED STATES DISTRICT COURT EASTERN DISTRICT OF MISSOURI 111 South 10th Street

Saint Louis Missouri 63102, U.S ASSISTANT ATTORNEY HAUMAN WADALA WALA #65252MO, 111 South 10th Street 20th Floor, Saint Louis Missouri 63102 this __8th__ day of __January__ 2023.

*Tevin Damyron Brown*
Tevin Damyron Brown, Plaintiff, Suijuris, National American
c/o 4250 Miami Apartment 2B
Saint Louis Missouri State Republic [63116]
Non-Domestic
(314) 934-8854

*Recsiolo Orlandis Elliott*
Power of Attorney

STATE OF MISSOURI
CITY OF SAINT LOUIS

Before me personal appeared Tevin Damyron Brown who being Affirmed and Identified with Missouri Law, did execute the foregoing in my presence this __8__ day of __January__ 2023.

Notary Public

STEFAN C. WEST
Notary Public - Notary Seal
STATE OF MISSOURI
Comm. Number 16804409
City of St. Louis
My Commission Expires: Aug. 18, 2024

My Commission Expires: Aug. 18 2024

RECEIVED
JAN 10 2023
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

MEMORANDUM OF LAW IN SUPPORT OF
MISSOURI HABEAS CORPUS

Memorandum of Law
In Support of MISSOURI
Habeas Corpus
Submitted Under TITLE 42,
Part VI, Chapter 65 Sec. 6503 (a)

Now Comes Now THE PETITIONER Tevin Damyron Brown who is unschooled in law and speaks only in guttural Vernacular to apply his right to the Writ of Habeas Corpus to inquire as to the Nature and cause of his detention in Federal Government Custody.

1. No meaningfully hearing before a Court of Record has occurred prior to detention.
2. No explanation of the Nature of the Action has been explained to petitioner prior to detention.
3. No explanation of the Cause of Action has been explained to petitioner prior to detention.
4. No assistance of Counsel was afforded petitioner Tevin Damyron Brown.
5. Subject Matter Jurisdiction was not established prior to detention.
6. This petitioner Tevin Damyron Brown demands immediate implementation of this Affidavit of Fact Habeas Corpus for Declaration Actual Innocence.
7. All Finding of Fact and conclusions of law regarding this Affidavit of Fact shall be in writing.

Respectfully Submitted,

*Tevin Damyron Brown*
Tevin Damyron Brown, Petitioner Suijuris
National American

(CERITIFICATE OF SERVICE)

UNDER PENALTY OF PERJURY I CERTIFY that a copy of the foregoing was provided by certified mail to UNITED STATES DISTRICT COURT EASTERN DISTRICT OF MISSOURI, III South 10th Street, SAINT LOUIS, MISSOURI 63102, ASSISTANT UNITED STATES ATTORNEY HAUMAN WADALA WALA #65252MO, III South Tenth Street 20th Floor, Saint Louis Missouri 63102 on this __8th__ day of __January__ 2023.

*Ricardo Orlando Elliott*
Power of Attorney

*Tevin Damyron Brown*
Tevin Damyron Brown, Petitioner, Suijuris
National American
c/o 4250 Miami Apartment 2B
Saint Louis Missouri State Republic [63116]
Non – Domestic
314-934-8854

STATE OF MISSOURI
CITY OF SAINT LOUIS

Before me personally appeared Tevin Damyron Brown who, being Affirmed and identified with Missouri law, did execute the Foregoing in my presence this ___8___ day of __January__ 2023.

_____
Notary Public

STEFAN C. WEST
Notary Public - Notary Seal
STATE OF MISSOURI
Comm. Number 16804409
City of St. Louis
My Commission Expires: Aug. 18, 2024

My Commission Expires: Aug 18 2024