4:22CR568 AGF/DDN

RECEIVED
JAN 17 2023
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

January 13, 2023
Tevin Damyron Brown
C/o 4250 Miami Apartment #2B
Saint Louis, Missouri state Republic [63116]
Non-Domestic
(314) 934-8854

Ricardo Orlandis Elliott, Power of Attorney, Next Friend
c/o 7457 Calvin Avenue
Saint Louis Missouri State Republic [63136]
Non-Domestic
(314) 498-7894

UNITED STATES DISTRICT COURT OF EASTERN
DISTRICT OF MISSOURI

Tevin Damyron Brown, sui juris
Ricardo Orlandis Elliott, power of Attorney, Next friend
Non-Corporate Entity
                              Petitioner,

VS.

                                        Case NO: 4:22CR568AGFDDN
UNITED STATES OF AMERICA        U.S DISTRICT JUDGE
U.S DISTRICT JUDGE              DAVID D. NOCE
DAVID D. NOCE                   January 13, 2023
U.S ASSISTANT ATTORNEY
HAYMAN WADALA WALA #65252MO
FICTITIOUS FOREIGN STATE
                    Respondents

AFFIDAVIT OF FACT

## NEXT FRIEND

I am Petitioner Tevin Damyron Brown before this court by special appearance without waving any Rights Remedies or Defenses, Statutory or Procedural.

I am Petitioner Tevin Damyron Brown before this court and I Request and Demand that my power of Attorney and Next Friend Ricardo Orlandis Elliott assist me on my case No: 4:22CR568AGFDDN, until my case is dismiss or over with.

                         _Tevin Damyron Brown_
                         Tevin Damyron Brown, Sui juris

_Ricardo Orlandis Elliott_
Power of Attorney, Next Friend

STATE OF MISSOURI
CITY OF SAINT LOUIS

    Before me personally appeared Tevin Damyron Brown who being Affirmed and Identified with missouri law, did execute the foregoing in my presence this 16 day of January 2023.

_C West_
Notary Public

STEFAN C. WEST
Notary Public - Notary Seal
STATE OF MISSOURI
Comm. Number 16804409
City of St. Louis
My Commission Expires: Aug. 18, 2024

                         My Commission Expires: Aug. 18 2024

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

**RECEIVED**

January 15, 2023         JAN 17 2023
ERIC M. SELIG     U.S. DISTRICT COURT        Case No. 4:22cr568AGF
                  EASTERN DISTRICT OF MO
OFFICE OF PUBLIC DEFENDER    ST. LOUIS      JUDGE DAVID D. NOCE
1010 Market Street Ste 200
Saint Louis Missouri 63101


AFFIDAVIT OF FACT
TERMINATION OF LEGAL COUNCIL


Dear MR. ERIC M. SELIG

In my court hearing on January 11, 2023, Judge DAVID D. NOCE ruled that you would stay my attorney until I decided what I wanted to do on my case. It's now January 15, 2023 and I Plaintiff Tevin Damyron Brown have decided that, I will represent myself sui juris and have Ricardo Orlandis Elliott assist me on my criminal case # 4:22cr568AGF as my Power of Attorney and Next Friend, until my case is dismiss or over with in my criminal case.

I have decided to terminate Public Defender Eric M. Selig as my current legal attorney immediately and have accepted legal and lawful assistant from Power of Attorney and Next Friend Ricardo Orlandis Elliott to assist me in my criminal case.

I am terminating this relationship because I am representing myself sui juris not prose and I don't want any Public Defender or paid attorney on my case at any time. I Request

and Demand that Public Defender Eric M. Selig do not take any further action on my criminal case.

*Tevin Damyron Brown*
Tevin Damyron Brown, Sui juris
c/o 4250 Miami Apartment 2B
Saint Louis Missouri state Republic [63116]
Non-Domestic
(314)-934-8854

*Ricardo Orlandis Elliott*
Power of Attorney, Next Friend
c/o 7457 Calvin Avenue
Saint Louis missouri state Republic [63186]
Non-Domestic
(314) 498-7894

STATE OF MISSOURI
CITY OF SAINT LOUIS

Before me personally appeared Tevin Damyron Brown who being Affirmed and Identified with missouri law, did execute the foregoing in my presence this 16 day of January 2023.

*C West*
Notary Public

STEFAN C. WEST
Notary Public - Notary Seal
STATE OF MISSOURI
Comm. Number 16804409
City of St. Louis
My Commission Expires: Aug. 18, 2024

My Commission Expires: Aug 18 2024