IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:22-cr-00568-AGF-JSD |
| | ) |
| TEVIN DAMYRON BROWN, | ) |
| | ) |
| Defendant. | ) |

## MOTION TO WITHDRAW

NOW COMES Eric M. Selig, Assistant Federal Public Defender, requesting leave to withdraw as counsel in the above-styled case because the Defendant, TEVIN DAMYRON BROWN, has waived his right to counsel and intends to proceed pro se.

Respectfully submitted,

/s/ *Eric M. Selig*
Eric M. Selig
Assistant Federal Public Defender
1010 Market Street, Suite 200
St. Louis, Missouri 63101
Telephone: (314) 241-1255
Fax: (314) 421-3177
E-mail: Eric_Selig@fd.org
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2023, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Nauman Wadalawala, Assistant United States Attorney. A copy has been mailed to the defendant, Tevin Damyron Brown.

/s/ *Eric M. Selig*
Eric M. Selig
Assistant Federal Public Defender