FILED
JUN 2 1 2023
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. S1- 4:22 CR 00568 AGF DDN |
| vs. ) | |
| ) | |
| TEVIN DAMYRON BROWN, ) | |
| ) | |
| Defendants. ) | |

## SUPERSEDING INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about August 8, 2022, in the City of St. Louis, within the Eastern District of Missouri,

**TEVIN DAMYRON BROWN,**

the Defendant herein, knowingly possessed one or more firearms and ammunition, knowing he had previously been convicted in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year, and the firearm and ammunition previously traveled in interstate or foreign commerce during or prior to being in defendant's possession of same.

In violation of Title 18, United States Code, Section 922(g)(1).

### COUNT TWO

The Grand Jury further charges that:

On or about August 8, 2022, in the City of St. Louis, within the Eastern District of Missouri,

**TEVIN DAMYRON BROWN,**

the Defendant herein, did knowingly possess a machine gun, specifically a Glock make, 22 model,

.40 S&W caliber, full automatic pistol, Serial #MSC628, with a conversion device designed and intended solely and exclusively for use in converting a weapon into a machinegun.

In violation of Title 18, United States Code, Sections 922(o).

A TRUE BILL

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
NAUMAN WADALAWALA, #65252MO
Assistant United States Attorney