RECEIVED

OCT 23 2023

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MISSOURI

Tevin Damyron Brown, Suijuris
Non-Corporate Entity
                Plaintiff,

VS

UNITED STATES OF AMERICA
UNITED STATES DISTRICT JUDGE
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE
JOSEPH S. DUEKER
U.S. ASSISTANT ATTORNEY
NAUMAN WADALA WALA# 65252MO
FICTITIOUS FOREIGN STATE
                Defendants,

Case No: 4:22CR568AGF(JSD)
U.S. MAGISTRATE JUDGE
JOSEPH S. DUEKER
DIVISION 17
OCTOBER 18, 2023

## AFFIDAVIT OF FACT

TO DISMISS CASE FOR LACK OF UNITED STATES CONSTITUTION JURISDICTION, LACK OF ADMIRALTY AND MARITIME JURISDICTION, LACK OF COMMON LAW JURISDICTION, LACK OF DELEGATION OF AUTHORITY ORDER JURISDICTION, LACK OF PERSONAM JURISDICTION, LACK OF SUBJECT MATTER JURISDICTION, LACK OF TERRITORIAL JURISDICTION, IMPROPER VENUE

I am Plaintiff, Tevin Damyron Brown, Suijuris, (not Pro Se), before this court by Special Appearance without waving any Rights, Remedies, or Defenses, Statutory or Procedural.

COMES NOW, the Plaintiff Tevin Damyron Brown, Suijuris, and respectfully Requests and Demands that this court Dismiss Plaintiff, Tevin Damyron Brown, Suijuris' Criminal Complaint

for Lack of United States Constitution Jurisdiction, Lack of Admiralty and Maritime Jurisdiction, Lack of Common Law Jurisdiction, Lack of Delegation of Authority Order Jurisdiction, Lack of Personam Jurisdiction, Lack of Subject Matter Jurisdiction, Lack of Territorial Jurisdiction, Improper Venue.

## FACTS

1. Plaintiff Tevin Damyron Brown, Suijuris) Requests and Demands for UNITED STATES OF AMERICA to Dismiss Plaintiff Case # 4:22CR568AGF(JSD) for (LACK OF THE UNITED STATES CONSITTUTION JURISDICTION) for these reasons: A. Under the 5th Amendment of the Constitution states no (person) shall be held to answer for a capitol or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury, except in cases arising in the land or naval forces, or in the militia, when in actual service in time of war or public danger: nor shall any person be subject for the same offense to be. I'm Plaintiff Tevin Damyron Brown, Suijuris and I object to being a part of (THE UNITED STATES CONSTITUTION JURISDICTION), because it doesn't apply to Plaintiff under 1048 2510(6), Title 18 U.S.C. Section 921, and 922(g) because a person is THE UNITED STATES, STATE AGENT, NATURAL PERSON, JURIDICAL PERSON, INDIVIDUAL, FIRM, PARTNERSHIP, ASSOCIATION, FIDUCIARY, GOVERNMENT ENTITY, EXECUTOR OR ADMINISTRATOR, LIMITED LIABILITY COMPANY, CORPORATION, CITIZEN, LEGAL ENTITY, LLC, DEFENDANT, SOCIETY, JOINT STOCK COMPANY, AND REPRESENTATIVE. There's no authenticated evidence in the courts records that THE UNITED STATES OF AMERICA has Subject Matter Jurisdiction in writing over Plaintiff Tevin Damyron Brown, Suijuris and there's no authenticated evidence in the court records that Plaintiff Tevin Damyron Brown, Suijuris is a person under (THE UNITED STATES CONSTOITUTION JURISDICTION). (Joyce v. U.S.) B. Under the 6th Amendment of the Constitution, it states that the defendant has the right to represent himself or a Judge can give the defendant a stand by counsel if he is competent or incompetent in a criminal case. Plaintiff Tevin Damyron Brown, Suijuris object in court and in his Affidavit of Fact that he is not the defendant under 921 and 922(g) in this case, he is the plaintiff. Plaintiff Tevin Damyron Brown, Suijuris fired stand by counsel MR. MARSH. JUDGE JOSEPTH S. DUEKER is practicing law behind the bench, because the only way that JUDGE JOSEPH S. DUEKER can keep standby counsel MR. MARSH on Plaintiff Tevin Damyron Brown, Suijuris criminal case if Plaintiff Tevin Damyron Brown Suijuris is the Defendant in this criminal case. There is no authenticated evidence in the courts records stating that the 6th Admendment of the CONSTITUTION applies to Plaintiff Tevin Damyron Brown, Suijuris and there's nothing in the court's records that the court has in writing Subject Matter Jurisdiction over Plaintiff Tevin Damyron Brown, Suijuris. So, Plaintiff Tevin Damyron Brown, Suijuris, requests

and demands for Criminal Complaint # 4:22CR568AGF (JSD) be dismiss with Prejudice for (Lack of UNITED STATES CONSITUTION JURISDICTION) in the court records.

2. Plaintiff Tevin Damyron Brown, Suijuris Request and Demands for the UNITED STATES OF AMERICA to Dismiss Plaintiff Case # 4:22CR568AGF(JSD) for (Lack of Admiralty and Maritime Jurisdiction) for these reasons: Under Admiralty and Maritime Jurisdiction, it applies to American Waters within the ebb and flow of the tide, it covers any waters navigable within the United States for interstate or foreign commerce, it deals with trades, ships, vessels, and it deals with Admiralty and Maritime contracts. The United States of America doesn't have Admiralty and Maritime Jurisdiction over Plaintiff Tevin Damyron Brown, Suijuris because Polaintiff is not a Person under 1048 2510(6), under 922g and 921. Plaintiff Tevin Damyron Brown, Suijuris is not a person, not a defendant, not a U.S. citizen, Plaintiff doesn't reside at any address, and Plaintiff Tevin Damyron Brown, Suijuris doesn't have anything to do with American waters, any waters navigable within the United States for interstate or foreign commerce, any trades, any ship vessels, and any Admiralty and Maritime contracts, and Plaintiff doesn't give any oral or written consent to any Jurisdiction. So, The United States of America lack Admiralty and Maritime Jurisdiction over Plaintiff, Tevin Damyron Brown, Suijuris. Plaintiff, Tevin Damyron Brown Suijuris, Requests and Demands for Criminal Complaint# 4:22CR568AGF(JSD) to be dismiss with prejudice for lack of Admiralty and Maritime Jurisdiction in the courts records.

3. Plaintiff, Tevin Damyron Brown, Suijuris Requests and Demands for the UNITED STATES OF AMERICA to Dismiss Plaintiff Case# 4:22CR568AGF(JSD) for (Lack of Common Law Jurisdiction) for this reasons: Under Common Law, there must be an injured party suing with a Complaint, Affidavit of Fact signed under Penalty and Perjury, within Summons. Plaintiff Tevin Damyron Brown, Suijuris doesn't have an injured party in Case# 4:22CR568AGF(JSD) with an Complaint, Affidavit of Fact signed under Penalty and Perjury, with a Summons in the court records. So, THE UNITED STATES OF AMERICA lack Common Law Jurisdiction over Plaintiff Tevin Damyron Brown, Suijuris. So, Plaintiff, Tevin Damyron Brown, Suijuris Requests and Demands for Criminal Complaint # 4:22CR568AGF(JSD) to be dismiss with Prejudice for lack of Common Law Jurisdiction in the court records.

4. Plaintiff Tevin Damyron Brown, Suijuris Requests and Demands for THE UNITED STATES OF AMERICA to dismiss Case# 4:22CR568AGF(JSD) for Lack of Delegation of Authority Order Jurisdiction for these reasons: Plaintiff Tevin Damyron Brown Suijuris is not a Person under 1048 2510(6), under 922g and 921. Plaintiff Tevin Damyron Brown, Suijuris is not a U.S. citizen, not a defendant, and Plaintiff doesn't reside at any address and Plaintiff Tevin Damyron Brown Suijuris doesn't give any oral or written consent to any court jurisdiction. There's no authenticated evidence in the courts records that Plaintiff Tevin Damyron Brown, Suijuris is a person, U.S. citizen, defendant or reside at any address or that Plaintiff gave any oral or written consent to the court. So, THE

UNITED STATES OF AMERICA lack Delegation of Authority Order jurisdiction over Plaintiff Tevin Damyron Brown, Suijuris. Plaintiff Tevin Damyron Brown Suijuris Requests and Demands for Criminal Complaint # 4:22CR568AGF(JSD) to be dismiss with prejudice for Lack of Delegation of Authority Order Jurisdiction in the courts records.

5. Plaintiff Tevin Damyron Brown Requests and Demands for THE UNITED STATES OF AMERICA dismiss Case # 4:22CR568AGF(JSD) for lack of Personam Jurisdiction for these reasons: Plaintiff Tevin Damyron Brown, Suijuris is not a Person under 1048 2510(6), under 922g and 921. Plaintiff Tevin Damyron Brown Suijuris is not a U.S. citizen, not a defendant, and doesn't reside at any address, and Plaintiff doesn't give the court any oral or written consent of jurisdiction over the Plaintiff. There's no authenticated evidence in the courts records that Plaintiff Tevin Damyron Brown, Suijuris is a person, U.S. Citizen, Defendant, that he resides at any address, and that Plaintiff gave the courts oral or written consent of jurisdiction over the him. So, THE UNITED STATES OF AMERICA lack Personam Jurisdiction over Plaintiff Tevin Damyron Brown, Suijuris. Plaintiff Tevin Damyron Brown, Suijuris Requests and Demands for criminal complaint # 4:22CR568AGF(JSD) to be dismiss with prejudice for lack of Personam Jurisdiction in the court records.

6. Plaintiff Tevin Damyron Brown, Suijuris Requests and Demands for THE UNITED STATES OF AMERICA to dismiss case # 4:22CR568AGF(JSD) for lack of subject matter jurisdiction for these reasons: Plaintiff Tevin Damyron Brown, Suijuris is not a U.S. citizen, is not a defendant and Plaintiff doesn't reside at any address and there's no Authenticated Evidence in the courts records that Plaintiff, Tevin Damyron Brown, Suijuris, is a person, U.S. citizen, a defendant and that Plaintiff resides at any address, and the Plaintiff doesn't give the court any oral or written consent of jurisdiction over him. So, THE UNITED STATES OF AMERICA lack subject matter jurisdiction over Plaintiff Tevin Damyron Brown, Suijuris. Plaintiff Tevin Damyron Brown, Suijuris Request and Demands for Criminal Complaint # 4:22CR568AGF(JSD) to be dismiss with prejudice for lack of Subject Matter Jurisdiction in the courts records.

7. Plaintiff, Tevin Damyron Brown, Suijuris Requests and Demands for THE UNITED STATES OF AMERICA to dismiss Case# 4:22CR568AGF(JSD) for lack of Territorial Jurisdiction for these reasons: Plaintiff Tevin Damyron Brown, Suijuris is not a U.S. citizen is not a defendant, and Plaintiff doesn't reside at any address, and Plaintiff does not give any oral or written consent of jurisdiction over him. There's no authenticated evidence in the courts records that Plaintiff Tevin Damyron Brown, Suijuris is a person, U.S. citizen, defendant or reside at any address, and Plaintiff does not give the court any oral or written consent of jurisdiction over him. So, THE UNITED STATES OF AMERICA lack Territorial Jurisdiction over Plaintiff Tevin Damyron Brown, Suijuris. Plaintiff Tevin Damyron Brown, Suijuris Requests and Demands for Criminal Complaint # 4:22CR568AGF(JSD) to be dismiss with prejudice for lack of territorial jurisdiction in the court records.

8. Plaintiff, Tevin Damyron Brown, Suijuris Requests and Demands for THE UNITED STATES OF AMERICA to dismiss Case# 4:22CR568AGF(JSD) for Improper Venue for these reasons: Plaintiff Tevin Damyron Brown, Suijuris is not a person under 1048 2510(6), under 922g and 921. Plaintiff, Tevin Damyron Brown, Suijuris is not a U.S. citizen, not a defendant, Plaintiff doesn't reside at any address, and does not give the court any oral or written consent of jurisdiction over him. There's no authenticated evidence in the courts record that the Plaintiff Tevin Damyron Brown, Suijuris is a person, U.S. citizen, a defendant, or that Plaintiff reside at any address, and that Plaintiff gave the court any oral or written consent of jurisdiction over him. So, THE UNITED STATES OF AMERICA lack Improper Venue over the Plaintiff Tevin Damyron Brown, Suijuris. Plaintiff Tevin Damyron Brown, Suijuris Requests and Demands for Criminal Complaint # 4:22CR568AGF(JSD) to be dismiss with prejudice for Improper Venue in the courts records.

WHEREFORE, Plaintiff Tevin Damyron Brown, Suijuris Requests and Demands that the UNITED STATES OF AMERICA and U.S. ASSISTANT ATTORNEY NAUMAN WADALA WALA Dismiss Plaintiff Tevin Damyron Brown, Suijuris' case with prejudice for Lack of Constitutional Jurisdiction, Lack of Admiralty and Maritime Jurisdiction, Lack of Common Law Jurisdiction, Lack of Delegation of Authority Order Jurisdiction, lack of Personam Jurisdiction, Lack of Subject Matter Jurisdiction, Lack of Territorial Jurisdiction, Improper Venue.

Respectfully Submitted,

*Tevin Damyron Brown Suijuris*
Tevin Damyron Brown, Plaintiff, Suijuris

(CERTIFICATE OF SERVICE)

UNDER PENALTY OF PERJURY, I CERTIFY, that a copy of the foregoing was provided by certified mail to U.S. ASSISTANT ATTORNEY NAUMAN WADALA WALA# 65252MO, 111 South 10th Street, 20th Floor, Saint Louis, Missouri, 63102  this __23__ day of __October__ 2023.

Respectfully Submitted,

*Tevin Damyron Brown Suijuris*
Tevin Damyron Brown, Plaintiff, Suijuris
c/o 4250 Miami Apartment #2B
Saint Louis, Missouri State Republic
Non-Domestic
[Zip Code Exempt]
(573) 900-1273


AFFIDAVIT OF FACT DECLARATION OF __Tevin Damyron Brown__, Suijuris UNDER PENALTY AND PERJURY. I am Plaintiff, __Tevin Damyron Brown__ declare under Penalty of Perjury that the foregoing is True and Correct.
Executed on __October 23__ 2023.


*Tevin Damyron Brown Suijuris*
Tevin Damyron Brown, Plaintiff, Suijuris