UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 4:22-CR-568 AGF |
| | ) | |
| TEVIN BROWN, | ) | |
| | ) | |
| Defendant. | ) | |

## **DEFENDANT'S WITHDRAWAL OF OBJECTIONS TO THE PSR**

Defendant Tevin Brown, through Attorney William Marsh, hereby withdraws his objections to the PSR (Doc. 141).  In withdrawing his objections, Mr. Brown is not admitting to the conduct which forms the basis for the guideline enhancements to which he objected.  Rather, it represents an acknowledgment that the Government could meet its burden of proof given the lower standard that governs sentencing hearings and a desire to conserve judicial resources.

Respectfully submitted,

/s/ William T. Marsh
William T. Marsh, #60906MO
1401 South Brentwood Boulevard, Suite 950
St. Louis, Missouri 63144
Phone: (314) 455-5555
E-Mail: William.Marsh@KesslerWilliams.com
*Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2024, the foregoing was filed electronically with the Court and served upon the United States Attorney via email.

/s/ William T. Marsh
William T. Marsh